UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ITALIAN EXHIBITION GROUP USA, INC.,

               Plaintiff,

    - against -

FABRIZIO BARTOLOZZI, et al.,

               Defendants.

23-cv-4417 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to submit courtesy copies of the pending motion for temporary and preliminary injunctive relief, in hard copy to the form, by **May 30, 2023**.

SO ORDERED.

Dated:    New York, New York
           May 26, 2023

                                              John G. Koeltl
                                     United States District Judge