```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
ITALIAN EXHIBITION GROUP USA, INC.,

                Plaintiff,

    - against -

FABRIZIO BARTOLOZZI, ET AL.,

                Defendants.

23-cv-4417 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The defendants may submit an opposition to the request for a temporary restraining order by **June 2, 2023**. The plaintiff may reply by **June 5, 2023**. The parties should submit a joint status letter by **June 2, 2023**.

The plaintiff has already filed its motion for a preliminary injunction. The defendants may respond by **June 14, 2023**. The plaintiff may reply by **June 21, 2023**. A hearing on the motion is scheduled for **June 26, 2023 at 10:00 a.m.** in Courtroom 14A, 500 Pearl St., New York, NY 10007.

The defendants may also file a motion to dismiss without a pre-motion conference by **June 9, 2023**. If the defendants file a motion to dismiss, the plaintiff may respond by **June 16, 2023**. The defendants may reply by **June 20, 2023**.

SO ORDERED.
Dated:    New York, New York
           May 31, 2023

                                        _____
                                        John G. Koeltl
                                       United States District Judge