UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ITALIAN EXHIBITION GROUP USA, INC.,

              Plaintiff,

- against -

FABRIZIO BARTOLOZZI, ET AL.,

              Defendants.

---

23-cv-4417 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on the motion for a temporary restraining order on **June 7, 2023 at 2:00 p.m.** The conference will be held in Courtroom 14A, 500 Pearl St., New York, NY 10007.

SO ORDERED.

Dated:    New York, New York
             June 5, 2023

                                              John G. Koeltl
                                     United States District Judge