UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ITALIAN EXHIBITION GROUP USA, INC.,

              Plaintiff,

  - against -

FABRIZIO BARTOLOZZI, ET AL.,

              Defendants.

23-cv-4417 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to email the agreed-upon terms of their proposed continuing temporary restraining order, as laid out in their July 18, 2023, letter (ECF No. 36), to the Court at koeltlnysdchambers@nysd.uscourts.gov.

    The preliminary injunction hearing scheduled for July 27, 2023, at 2:00 p.m. will be converted to a status conference to discuss next steps in this action. 500 Pearl Street, Courtroom 14A.

    All other outstanding deadlines for further filings are stayed pending the July 27 conference.

SO ORDERED.

Dated:    New York, New York
           July 18, 2023

                                        _____
                                        John G. Koeltl
                                  United States District Judge