```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------

**ITALIAN EXHIBITION GROUP USA, INC.,**

                Plaintiff,

    - against -

**FABRIZIO BARTOLOZZI, ET AL.,**

                Defendants.

23-cv-4417 (JGK)

<u>ORDER</u>

-----------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties have agreed to the following:

To maintain the status quo of the company prior to the defendants' actions, Mr. Bartolozzi is required to grant to plaintiff and Cancellara access to FB International, Inc. ("FB"), including its offices and books and records (including, but not limited to, Information Technology, Finance, Bank accounts, HR, etc…) to allow plaintiff to conduct the business of the company. The plaintiff should not make any major decision or take any drastic action on the part of FB – with the exceptions that:

1. IEG USA and Mr. Bartolozzi shall work, in good faith, to carry out actions necessary to transition the leadership of FB, in light of (i) Ms. Paik's FB employment ending on July 30, 2023 as a result of her being fired without cause, and (ii) Mr. Bartolozzi's FB employment ending on August 29, 2023 as a result of him terminating his FB employment for Good

Reason, pursuant to Section 5.2 of his FB Employment Agreement (IEG USA reserves all rights and defenses);

2. Consistent with # 1 and the requirement to not make any major decision or take any drastic action on the part of FB, IEG USA and/or Mr. Bartolozzi may appoint external consultants or consultancy firms to conduct assessments of FB and its business.

The parties agree that a meeting of the Board of Directors of FB shall be held on or about August 28, 2023, and that one of the agenda items proposed by Francesco Santa and Tommaso Cancellara will be the appointment of Mr. Cancellara as CEO and President of FB.

The temporary restraining order entered on June 7, 2023 (D.E. 23) continues as to Ms. Paik until July 30, 2023 (Ms. Paik reserves all rights and defenses, including regarding jurisdiction). The instant order continues as to Mr. Bartolozzi until August 29, 2023.

**SO ORDERED.**

Dated:   New York, New York
         July 19, 2023

_____
John G. Koeltl
United States District Judge