UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ITALIAN EXHIBITION GROUP USA, INC., | |
| Plaintiff, | |
| -against- | 23-cv-4417 (AS) |
| FABRIZIO BARTOLOZZI, et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

On September 20, 2023, Defendant Eunkyung Paik filed a renewed motion to dismiss Plaintiff's amended complaint. *See* Dkts. 47, 49. As such, Defendant Paik's original motion to dismiss is DENIED AS MOOT. The Clerk of Court is directed to close ECF 34.

SO ORDERED.

Dated: September 21, 2023
   New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge