UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ITALIAN EXHIBITION GROUP USA, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>FABRIZIO BARTOLOZZI, et al.,<br><br>                              Defendants. | 23-cv-4417 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On October 17, 2023, Defendant Fabrizio Bartolozzi filed an emergency motion for a temporary restraining order. Dkt. 57. Defendant may submit a responsive brief and declarations by tomorrow, **October 18, 2023, at 5:00 p.m.** The Court will hold a hearing on the motion in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY 10007, on **October 19, 2023, at 3:00 p.m.**

      SO ORDERED.

Dated: October 17, 2023
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge