UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ITALIAN EXHIBITION GROUP USA, INC., <br><br>　　　　　　　Plaintiff, <br><br>　　-against- <br><br>FABRIZIO BARTOLOZZI, et al., <br><br>　　　　　　　Defendants. | 23-cv-4417 (AS) <br><br> ORDER |
| FABRIZIO BARTOLOZZI, <br><br>　　　　　　　Plaintiff(s), <br><br>　　-against- <br><br>ITALIAN EXHIBITION GROUP S.P.A., et al., <br><br>　　　　　　　Defendants. | 23-cv-6264 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　As discussed at the October 19, 2023, conference:

1. In light of the parties' agreement at the conference and for the reasons given by the Court on the record, Defendant Bartolozzi's motion for a temporary restraining order is DENIED WITHOUT PREJUDICE. The Clerk of Court is directed to close 23 Civ. 4417, ECF 57.

2. The stipulation (filed at Docket 63 in 23-cv-4417 and at Docket 15 in 23-cv-6264) is SO ORDERED, though the parties are encouraged to submit their papers in advance of deadlines to advance this case quickly.

3. **By October 27, 2023, at 5:00 p.m.**, the parties SHALL submit a case-management plan working backward from a June 10, 2024, trial date. The parties should also submit any

potential protective order by that time. The Court has model orders available here:

https://www.nysd.uscourts.gov/hon-arun-subramanian.

SO ORDERED.

Dated: October 20, 2023
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge